# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DEWAYNE BOYKINS,**
**ADC #095425**                                                                 **PETITIONER**

**v.**                                    **No. 5:13-cv-218-DPM-HDY**

**RAY HOBBS, Director, ADC**                                **RESPONDENT**

## ORDER

Opposed recommendation, № *14*, adopted as modified.  FED. R. CIV. P.

72(b)(3).  Based on the merits of Boykins's claims, not any default analysis, his

petition for writ of habeas corpus fails as a matter of law and is dismissed

with prejudice.  Objections, № *15*, overruled.

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

*18 March 2014*