# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEWAYNE BOYKINS,**
**ADC #095425**                                                                            **PETITIONER**

v.                              No. 5:13-cv-218-DPM

**RAY HOBBS, Director, ADC**                                     **RESPONDENT**

## JUDGMENT

Boykins's petition for writ of habeas corpus is dismissed with prejudice.

A certificate of appealability will not issue because Boykins has not made a substantial showing of the violation of any right.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2014